# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-14400 AMC |
| | : | |
| | : | CHAPTER 13 |
| MELISSA M. ROSE | : | |
| | : | |
| (DEBTOR) | : | |
| | : | |

## ORDER

AND NOW, this __24th__ Day of __July__, 2018 upon consideration of debtor's Motion this Court extends the automatic stay under § 362(a) as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

Ashely M. Chan, U.S. Bankruptcy Judge