United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14400-amc
Melissa M. Rose                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 24, 2018
                              Form ID: pdf900          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
```
db            +Melissa M. Rose,    6612 Leeds Street,    Philadelphia, PA 19151-3028
14159574      +ACCEPTANCE NOW,    674 BALTIMORE PK,    Springfield, PA 19064-3030
14159579      +PGW,    PO BOX 11700,   Newark, NJ 07101-4700
14159580       PNC BANK,    PO BOX 1820,    Dayton, OH 45401-1820
14159581      +TOTAL VISA,    PO BOX 5220,    Sioux Falls, SD 57117-5220
14159582      +WATER REVENUE,    PO BOX 41496,    Philadelphia, PA 19101-1496
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 25 2018 02:17:04     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2018 02:16:47
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2018 02:16:58     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14161448      +E-mail/Text: bankruptcy@cavps.com Jul 25 2018 02:16:57     CAVALRY SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14159575      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2018 02:22:14     CREDIT ONE BANK,
                PO BOX 98875,   Las Vegas, NV 89193-8875
14159576      +E-mail/Text: bnc-bluestem@quantum3group.com Jul 25 2018 02:17:07     FINGERHUT,
                6250 RIDGEWOOD RD,    Saint Cloud, MN 56303-0820
14159578      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 25 2018 02:16:34       PECO,
                2301 MARKET STREET,    Philadelphia, PA 19103-1380
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14159577        FIRST PREMIER BANK,    601 S MINNESOTA AVE
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
```
              BRUCE J. TRAWICK    on behalf of Debtor Melissa M. Rose brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-14400 AMC |
| | : | |
| | : | CHAPTER 13 |
| **MELISSA M. ROSE** | : | |
| | : | |
| **(DEBTOR)** | : | |
| | : | |

### ORDER

AND NOW, this __24th__ Day of __July__, 2018 upon consideration of debtor's Motion this Court extends the automatic stay under § 362(a) as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

_____
Ashely M. Chan, U.S. Bankruptcy Judge