# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Melissa M. Rose<br>　　　　　　　　Debtor(s)<br><br>PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.<br>Melissa M. Rose<br>　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-14400 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about **March 1, 2019**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　412-430-3594

March 1, 2019