# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14400-AMC

MELISSA M ROSE

6612 LEEDS STREET

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MELISSA M ROSE

    6612 LEEDS STREET

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    BRUCE J TRAWICK, ESQ
    3001 WALNUT ST
    10TH FLOOR
    PHILADELPHIA, PA 19104-

Date: 10/10/2019

                        /S/ William C. Miller
                        _____
                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee