**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Melissa M. Rose     Debtor | |
| PNC BANK NATIONAL ASSOCIATION<br>v.<br>Melissa M. Rose     Debtor | Chapter 13 |
| William B. Johnson     Co-Debtor | NO. 18-14400 AMC |
| and William C. Miller Esq.     Trustee | |

## ORDER

AND NOW, this 16th day of October, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 28, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6612 Leeds Street Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Melissa M. Rose
6612 Leeds Street
Philadelphia, PA 19151

William B. Johnson
6612 Leeds Street
Philadelphia, PA 19151


William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Bruce J. Trawick Esq.
DC33 Legal Services Plan, 3001 Walnut Street, 10th Floor
Philadelphia, PA 19104

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532