# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-14400 AMC |
| | : | |
| | : | CHAPTER 13 |
| MELISSA ROSE | : | |
| DEBTOR | : | |

## CERTIFICATION OF NO RESPONSE

I, Bruce J. Trawick, Esquire Counsel for Debtor herein, certify that as of the 25th day of NOVEMBER 2019, I have received no objections or responses to **Debtors Motion for Reconsideration of Order Granting Relief from Automatic Stay, PNC National Bank** , which was filed with the Clerk, U.S. Bankruptcy Court, 3726 U.S. Court House, Philadelphia, PA, on October 27, 2019, and served via U.S. Mail as follows:

William C. Miller, Esq., Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119
PNC BANK NATIONAL ASSOCIATION

represented by KEVIN G. MCDONALD, ESQ.
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

REBECCA ANN SOLARZ, ESQ.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

A review of the Docket, as of **November 25, 2019** also reveals no such objections filed.

   /S/ Bruce J. Trawick
Bruce J. Trawick, Esq.