**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| **MELISSA M. ROSE** | : | CHAPTER 13 |
| | : | |
| **Debtor.** | : | Case No. 18-14400-(AMC) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Melissa M. Rose.

                Respectfully submitted,

Date: December 23, 2019        BY: _/s/ Stephen M. Dunne_
                                        Stephen M. Dunne, Esquire
                                        Dunne Law Offices, P.C.
                                        1515 Market Street, Suite. 1200
                                        Philadelphia, PA  19102
                                        (215) 551-7109 Phone
                                        (215) 525-9721 Fax