**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-14400 amc |
| | : | |
| | : | CHAPTER 13 |
| MELISSA M. ROSE | : | |
| | : | |
| (DEBTOR) | : | |
| | : | |

## ORDER

AND NOW, this  21st  Day of  January , 2020 upon consideration of debtor's Motion for Reconsideration as to Re-imposition of Automatic Stay regarding . The order modifying section 362 is vacated and the automatic stay is re-imposed.

_/s/ Ashely M. Chan_
Ashely M. Chan
United States Bankruptcy Judge