United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 18-14400-amc
Melissa M. Rose   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: JEGilmore   Page 1 of 1   Date Rcvd: Jan 22, 2020
                       Form ID: pdf900   Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
db         +Melissa M. Rose,    6612 Leeds Street,    Philadelphia, PA 19151-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:42    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 03:57:17
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 23 2020 03:57:38    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
              BRUCE J. TRAWICK    on behalf of Debtor Melissa M. Rose brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION
               bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Melissa M. Rose bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                   TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 18-14400 amc** |
| | : | |
| | : | **CHAPTER 13** |
| **MELISSA M. ROSE** | : | |
| | : | |
| **(DEBTOR)** | : | |
| | : | |

**ORDER**

AND NOW, this  21st  Day of  January , 2020 upon consideration of debtor's Motion for Reconsideration as to Re-imposition of Automatic Stay regarding . The order modifying section 362 is vacated and the automatic stay is re-imposed.

Ashely M. Chan
United States Bankruptcy Judge