# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14400-AMC

MELISSA M ROSE

6612 LEEDS STREET

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MELISSA M ROSE

6612 LEEDS STREET

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

                                        /S/ William C. Miller

Date: 2/3/2020                             _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee