# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 18-14400-AMC

MELISSA M ROSE

6612 LEEDS STREET

PHILADELPHIA, PA 19151

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MELISSA M ROSE

6612 LEEDS STREET

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

                                  /S/ William C. Miller
                                  _____

Date: 6/23/2020

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee