**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MELISSA M ROSE | Chapter 13 |
| Debtor | Bankruptcy No. 18-14400-ELF |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date:  December 15, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Debtor:
MELISSA M ROSE

6612 LEEDS STREET

PHILADELPHIA, PA 19151